**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000494
30-JAN-2025
08:22 AM
Dkt. 17 ODSD**

NO. CAAP-23-0000494

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WILLIAM GILROY,
Plaintiff-Appellant, v.
WENDY MARIA DeWEESE; MARGARET KORUDA MASUNAGA,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-23-0000304)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On December 6, 2023, the appellate clerk entered a default of the statement of jurisdiction and opening brief;

(2) On February 27, 2024, the court granted self-represented Plaintiff-Appellant William Gilroy's (Gilroy) December 8, 2023 motion for relief from default of the statement of jurisdiction and opening brief, and extended the filing deadlines to March 28, 2024. The court cautioned Gilroy that any further default of the statement of jurisdiction or opening brief may result in the appeal being dismissed, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) or 30; and

(3) Gilroy has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, January 30, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge